UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

SANDY DESCHAMPS,

      Plaintiff,

 - against -

YU KAI, UBI GROUP, INC., and UBI GROUP
INTERNATIONAL, INC.,

      Defendants.

-------------------------------------X

09 Civ. 8052 (RWS)

O R D E R

**Sweet, D.J.,**

    USDC SDNY
    DOCUMENT
    ELECTRONICALLY FILED
    DOC #: _____
    DATE FILED: 11/23/09

    Plaintiff's motion to remand this action to state court will be heard at noon on Wednesday, December 9, 2009, in Courtroom 18C.

    It is so ordered.

**New York, NY**
**November 23, 2009**

              _____
              ROBERT W. SWEET
                 U.S.D.J.